UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
EDGAR MARINO SANCHEZ,
:
         *Petitioner*,
:
  -v-
:      01 Cr. 74-2 (PAC)
UNITED STATES OF AMERICA,
:      18 Civ. 206 (PAC)
         *Respondent*.
:      **ORDER**
:
------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

    On May 1, 2020, the Court denied Sanchez's motion, pursuant to Federal Rule of Civil Procedure 60(b)(1), for reconsideration of the Court's "Opinion & Order" on his § 2255 petition, *Sanchez v. United States*, No. 01-CR-74-2 (PAC), 2018 WL 4308540 (S.D.N.Y. Sept. 10, 2018), Dkt. 424. (*See* Court Order, Dkt. 437). This Court previously denied the petitioner's motion for a certificate of appealability from petitioner's § 2255 petition. The Second Circuit affirmed the denial of certificate of appealability in August 2019. *See Sanchez v. United States*, No. 18-3366, Dkt. 41 (2d Cir. Aug. 12, 2019).

    Because Sanchez has not made a substantial showing of the denial of a constitutional right in his Rule 60(b) motion, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

Dated: New York, New York                SO ORDERED
       September 9, 2020

                                                    PAUL A. CROTTY
                                                      United States District Judge