# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      212.763.0883
DIRECT EMAIL    shecker@kaplanhecker.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

February 28, 2022

**BY ECF AND MAIL**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

3/1/2022
The proposed schedule is adopted. Replies, if any, are due by April 25, 2022. SO ORDERED.

*[signature: Paul A. Crotty]*

RE:   <u>USA v. Edgar Sanchez</u>, 1:01-cr-0074 (PAC)

Dear Judge Crotty:

      We write to request the opportunity to supplement Edgar Sanchez's motion for compassionate release (Dkt. 456). On January 27, 2022, Mr. Sanchez submitted a pro se motion for compassionate release (Dkt. 456), and, on February 17, 2022, we were appointed to represent Mr. Sanchez as counsel in connection with this motion. Having conferred with Mr. Sanchez, we request the opportunity to supplement the January 27 motion for compassionate release. We also request that this supplemental motion for compassionate release be due on March 25, 2022, and

# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

| | |
|---|---|
| DIRECT DIAL | 212.763.0883 |
| DIRECT EMAIL | shecker@kaplanhecker.com |

that any response by the government be due on April 15, 2022. The government has consented to this request and proposed schedule.

Dated: New York, New York
February 28, 2022

Respectfully submitted,

By: /s/ Sean Hecker
Sean Hecker
Meredith C. Foster
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0889
Facsimile: (212) 564-0883
shecker@kaplanhecker.com

*Counsel for Edgar Sanchez*

cc: *All Counsel via ECF*