```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   01 Cr. 0074 (VM)
                                    :
    - against -                     :   **ORDER**
                                    :
                                    :
EDGAR MARINO SANCHEZ,               :
                                    :
            Defendant.              :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

    The Government is hereby directed to respond to the matters set forth by Defendant Sanchez at Dkt. No. 489 no later than ten (10) days from the date of this Order.

    The Clerk of Court is hereby directed to mail a copy of this Order to Defendant Sanchez.

**SO ORDERED.**

Dated:    New York, New York
          December 13, 2024

_____
Victor Marrero
U.S.D.J.